UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAYSON YESUDASAN,<br><br>                Petitioner,<br><br>   v.<br><br>WILLIAM BARR, et al.,<br><br>                Respondents. | Case No. C19-1830-RSL-MLP<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |

Petitioner's unopposed motion for extension of time (dkt. # 10) is GRANTED. Petitioner shall file his response to the Government's motion to dismiss by January 13, 2020. The Clerk shall RE-NOTE the motion to dismiss (dkt. # 7) for January 17, 2020, and send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 7th day of January, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME - 1