UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAYSON YESUDASAN,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>Respondents. | No. C19-1830-RSL-MLP<br><br>JOINT STIPULATION AND [proposed] ORDER CONSENTING TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION<br><br>NOTE ON MOTION CALENDAR:<br>March 27, 2020 |

COMES NOW Respondents, by and through their counsel, Brian T. Moran, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and Petitioner, by and through his counsel Gregory Murphy, and hereby jointly stipulate and agree as follows:

WHEREAS on November 12, 2019, Petitioner filed a habeas petition challenging his continued immigration detention. Dkt. No. 1.

WHEREAS on March 24, 2020, Petitioner was released from custody on an order of supervision.

WHEREAS the parties agree that Petitioner's release rendered the habeas petition moot. *See Abdala v. Immigration and Naturalization Service*, 488 F.3d 1061, 1065 (9th Cir. 2007).

JOINT STIPULATION AND ORDER
CONSENTING TO MAGISTRATE JUDGE AND
DISMISSING HABEAS PETITION
(C19-1830-RSL-MJP)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

| | |
|---|---|
| 1 | WHEREAS the parties agree that this action should be dismissed as moot without fees or |
| 2 | costs to either party. |
| 3 | WHEREAS the parties consent to proceed before the assigned Magistrate Judge under 28 |
| 4 | U.S.C. § 636(c). |
| 5 | |
| 6 | NOW THEREFORE, the parties, through their respective counsel of record, do hereby |
| 7 | stipulate and agree, and respectfully request, that the Court make and enter the following order: |

1. Petitioner's habeas petition is hereby denied and dismissed as moot without fees or costs to either party.

SO STIPULATED.

DATED this 27th day of March, 2020.

BRIAN T. MORAN
United States Attorney

*s/ Kristin B. Johnson*_____
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail kristin.b.johnson@usdoj.gov
Attorney for Respondents

JOINT STIPULATION AND ORDER
CONSENTING TO MAGISTRATE JUDGE AND
DISMISSING HABEAS PETITION
(C19-1830-RSL-MJP)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

SO STIPULATED.

DATED this 27th day of March, 2020.


s/ *Gregory Murphy*
GREGORY MURPHY, WSBA #36733
Assistant Federal Public Defender
1331 Broadway #400
Tacoma, Washington 98402
(253) 593-6710
Attorney for Petitioner

# **ORDER**

IT IS SO ORDERED.

DATED this 30th day of March, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

JOINT STIPULATION AND ORDER
CONSENTING TO MAGISTRATE JUDGE AND
DISMISSING HABEAS PETITION
(C19-1830-RSL-MJP)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**